# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kirkston Spann II, et al.

                        Plaintiff,

v.                                        Case No.: 1:24−cv−04704
                                        Honorable Matthew F. Kennelly

Superior Air−Ground Ambulance Service, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 25, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. The telephonic status hearing set for 9/30/2024 is vacated and reset to 11/14/2024 at 8:55 a.m. The following call−in number will be used: 650−479−3207; access code 2305−915−8729. Defendant's filing of a response to the complaint is stayed. Deadline for filing motion for preliminary settlement approval is 11/7/2024. The motion will be heard at the 11/14/2024 status hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.