# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Kirkston Spann II, et al.

                                            Plaintiff,

v.                                                                           Case No.: 1:24−cv−04704
                                                                          Honorable Matthew F. Kennelly

Superior Air−Ground Ambulance Service, Inc.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 7, 2024:

       MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for leave to file a 25−pag memorandum in support of the motion for settlement approval [24] is granted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.