MR

FILED
JAN 13 2025 NCM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT
NORTHERN DISTRICT OF ILLINOIS

Spann, et al,

Case # 1:24-CV-04704-MFK

V.

Superior Air-Ground
Ambulance Service Inc

## SETTLEMENT Claim by Settlement Class

Comes Now settlement class Elmer D. Charles files in the above court, settlement claim under said case # of said class action. (see Exhibit A page 5)

### Affidavit of Truth

I class member do hereby sware under solemn oath, that the below information that said class member will truthfully provide, is true, and just, under presury of law.

On Dec 2 2020 @ class member Elmer D. Charles was tooken from St. Anthonys Hospt. in Michigan City, Indiana, by Superior Air-Ground Ambulance service, to St. Marys Hospt in Indianapolis

(1)

Indiana for a Brain bleed.

May 2023 class member was notified by Superior air-Ground Ambulance service, that A unknown third party stole class members information, SS# #, D.O.B. Address.

Oct 4 2023 CGZ Federal, 12601 Fairlakes Cir, Fair Fax, Virginia who provides medical security networks to Hospitals in Indiana notified class member that a unknown third party stole there Personal information, SS# #, D.O.B. Address, including information provided to Superior Air-Ground Ambulance Service

Jan 6 2025 Superior Ambulance settlement Administrator (PO Box 2913 Portland OR 97208-2913) notified me stating I was A class member and I can recieve Documented out of Pocket losses and Pro Rata cash payment (see exhibit A) if I Filed A claim postmarked March 31 2025

Class member Father Rev. Elmer Charles SR, sold class members 1991 Mitsubishi 3000GTVR-4 For $6,000.00 After class members 1963 AirStream camper was illigally sold and Deed was Forged July 8 2023, To pay for A Attorney, Court cost, and private Detective, July 18 2024 class members Deed and camper was protected by law and courts Determined Deed was A Forgery, Suspect has not been Arrested.

Class members Father passed Away August 14 2024 class members only witness And Father had All Documention to support The Above.

Class Member Elmer Charles, Demands claim of Documented out of pocket losses For $6,000.00 and Pro Rata cash pay.

Wherefore plaintiff swares under prejury of Law That The Above IS True To The Best of There Knowledge.

Class Member seeks This court to grant on Final Approval Hearing on march 25. 2025 That Class Member be Given The Justice he is intitle To.

Class Member Feels $6,000. is Just and Fair, But will except what This court and Class Action members Feel is Just And proper under Decree of Law.

Class Member swares under oath That This Above Affidavit of Truth is True, Just, and under prejury of Law, on 1-8-25

Class Member
prose Elmer D. Charles Jr #985019
Indiana State Prison
1 Park Row
Michigan City, Indiana
46360

Certificate of service
on 1-8-25 Class Member sends by First class, U.S. Mail, Settlement claim box class settlement class in the Northern District of Illinois

(3)                              Settlement class

~~History~~
~~State of service of Astravence~~
~~on the 26 from Elizabeth Anthony Kephard~~
~~Battery Hospital included report~~

~~that the claim~~
~~that the claim~~

*Exhibit A*

Superior Ambulance Settlement Administrator
PO Box 2913
Portland, OR 97208-2913

A112

UniqueID: 724Y7F4G66

FIRST-CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
PORTLAND, OR
PERMIT NO. 2882

<u>Court-Approved Legal Notice</u>
*Spann, et al. v. Superior Air-Ground Ambulance Service, Inc.*
Case No. 1:24-cv-04704-MFK
United States District Court for the Northern District of Illinois

**If you are a U.S. resident whose Personal Information may have been accessed by an unauthorized third party as a result of a Security Incident involving Superior Air-Ground Ambulance Service, Inc. that occurred in May 2023, you may be entitled to benefits from a class action settlement.**

*A Court has authorized this notice.*
*This is <u>not</u> a solicitation from a lawyer.*
www.SuperiorAmbulanceSettlement.com
1-888-891-8875



*400812000004353355*

ELMER CHARLES
1 PARK ROW ST
MICHIGAN CITY IN 46360-6597

Received By
JAN 06 2025
ISP Mailroom

21
24691

A $3.2 million settlement has been reached in a class action lawsuit against Superior Air-Ground Ambulance Service, Inc. ("Defendant") arising out of a Security Incident that occurred in May 2023 by an unauthorized third party that accessed Defendant's network and may have accessed Settlement Class Members' Personal Information ("PI"). Defendant denies all of the claims and allegations in the lawsuit.

**Who is Included?** You are part of the Settlement Class if you are an individual residing in the United States whose Personal Information may have been accessed and/or acquired by an unauthorized third party as a result of the Security Incident that occurred in May 2023.

The purpose of this Notice is to inform you of the class action and the proposed Settlement so you may decide whether to participate, opt out, object, or do nothing.

**What does the Settlement Provide?** If you submit a Valid Claim, you may be able to receive the following benefits:

**Documented Out-of-Pocket Losses:** With supporting documentation showing you incurred losses as a result of the Security Incident, you may be eligible for reimbursement up to $5,000.00.
AND

**Pro Rata Cash Payment:** You may elect to receive a Pro Rata Cash Payment. The amount of the Pro Rata Cash Payment will be determined on a pro rata (a legal term meaning equal share) basis after funds from the Settlement have been used to pay Class Counsel's Fees and Expenses, Service Awards, settlement administration costs, Documented Out-of-Pocket Losses and credit monitoring expenses.
AND

**Identity Theft Protection and Credit Monitoring:** In addition to receiving reimbursement for out-of-pocket losses and/or a cash payment, you may elect to receive two years of free 3-bureau credit monitoring services. You must submit a Valid Claim online or by mail postmarked by **March 31, 2025**.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must opt out of the Settlement no later than **February 28, 2025**. If you do not want to opt out, you will give up the right to sue and will release any legal claims against the Released Parties, including Defendant, about the legal issues in this lawsuit. If you do not opt out, you may object to the Settlement by **February 28, 2025**. The Long Form Notice on the Settlement Website has instructions on how to opt out or object. If you do nothing, you will get no Settlement benefits, and you will be bound by the Settlement.

The Court will hold a Final Approval Hearing on **March 25, 2025**, to consider whether to approve the Settlement, Class Counsel's request for Service Awards to the Class Representatives, attorneys' fees request of up to $1,083,333.33 of the $3.2 million Settlement Fund, plus reimbursement of costs, as well as any objections to the Settlement, including the Service Awards, fees, and costs. You or your personal lawyer may attend and ask to appear at the hearing, but you are not required to do so. The hearing may be held remotely, and if so, instructions will be at www.SuperiorAmbulanceSettlement.com.

This notice is a summary. Learn more about the Settlement at www.SuperiorAmbulanceSettlement.com, or by calling toll free 1-888-891-8875.

AK8272 v.03



Elmer D. Charles

August 2, 1938 - August 14, 2024

In Loving Memory of Elmer Charles

Elmer D. Charles, 86, of Ligonier passed away on Wednesday, August 14, 2024 at home. He was born on August 2, 1938 to John and Sarah (Rasnick) Charles in War, West Virginia. On February 27, 1976 he married Rosemary Taulbee; she passed away on April 1, 2019.

Elmer was a pentecostal minister for over 40 years, and a retired coal miner. He was a beloved and cherished husband, father, and grandfather. He was greatly loved by his family and friends and will never be forgotten.

Elmer is survived by a son, Elmer Defroy Charles, Jr. of Michigan City; five daughters, Rosie (Ronnie) Compton of Rochester, Wilma (Shane) Grant of Elkhart, Sara (David) Macias, and Angel (Adam Long) Charles of Ligonier, Rosamarie (Josh) Charles; a sister, Gertrude Kinslow of Ligonier; 36 grandchildren; and 20 great grandchildren.

He was preceded in death by his parents; wife, Rosemary; a son, John Charles; five brothers; two sisters; and 10 grandchildren.

A funeral service will be held in Elmer's honor at 1 PM on Saturday, August 17, 2024 at the Church of the Stone, 7270 S SR 9, Wolcottville, IN 46795. Pastor Michael Stanley will officiate, and burial will follow at Oak Park Cemetery in Ligonier.

Friends and family will be received from 3-7 PM on Friday, August 16, 2024 at the church, and for one hour prior to the service on Saturday.

Exhibit 2



Name: Elmer Childs
D.O.C.: 985019  Location: A112

INDIANA DEPARTMENT OF CORRECTION
INDIANA STATE PRISON
1 Park Row
Michigan City, IN 46360

THIS IDENTIFIES THIS CORRESPONDENCE AS HAVING BEEN MAILED BY AN INCARCERATED INDIVIDUAL AT THE ABOVE CORRECTIONAL INSTITUTION. **"WARNING"** NOT RESPONSIBLE FOR CONTENTS. ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING.

Northern District of Illinois
Everett McKinley Dirksen Bldg.
219 South Dearborn Street
Chicago, Illinois
60604