**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kirkston Spann II, et al.
                                   Plaintiff,

v.                                                  Case No.: 1:24−cv−04704
                                                 Honorable Matthew F. Kennelly

Superior Air−Ground Ambulance Service,
Inc.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, February 15, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: The minute entry dated 11/15/2024 (dkt. 31) included an error and is corrected to state that the telephonic *final* settlement approval hearing is set for 3/25/2025 at 9:00 AM, using call−in number 650−479−3207, access code 2305−915−8729. The motion for attorney's fees (etc.) [35] will be heard at the same date and time. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.