# Spann et al v Superior
# Air-Ground Ambulance CA40081200

RECEIVED
JAN 1 4 2025
LEGAL SERVICES



**Objection #**　　600000001



4008120005

## Document Range

| Begin: | End: | Quantity: |
|---|---|---|
| l | — | l |

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 98 MN | ✓ | AH | AT |
| JAN 1 5 2025 | | JAN 1 6 2025 | JAN 1 6 2025 |

**Route to:** Vault    *Route to: _____

Superior Ambulance Settlement Administrator
Objections
P.O. Box 2913
Portland, OR 97208-2913


RE: *Spann, et al. v. Superior Air-Ground Ambulance Service, Inc.*, Case No. 1:24-cv-04704-MFK

UniqueID – VU37D62429

The objection must also include all of the following information:
1. Dennis Arthur Ulm
   835 East Grant Drive
   Des Plaines, IL 60016-6259
   847 296-2549
2. *Spann, et al. v. Superior Air-Ground Ambulance Service, Inc.*, Civil Action No. 1:24-cv-04704-MFK
3. 
   Superior Ambulance Settlement Administrator
   PO Box 2913
   Portland, OR 97208-2913

   FIRST-CLASS MAIL
   PRESORTED
   U.S. POSTAGE PAID
   PORTLAND, OR
   PERMIT NO. 2882

   UniqueID: VU37D62429

   Court-Approved Legal Notice
   *Spann, et al. v. Superior Air-Ground Ambulance Service, Inc.*
   Case No. 1:24-cv-04704-MFK
   United States District Court for the Northern District of Illinois
   If you are a U.S. resident whose Personal Information may have been accessed by an unauthorized third party as a result of a Security Incident involving Superior Air-Ground Ambulance Service, Inc. that occurred in May 2023, you may be entitled to benefits from a class action settlement.
   A Court has authorized this notice.
   This is not a solicitation from a lawyer.
   www.SuperiorAmbulanceSettlement.com
   1-888-891-8875

   *400812000000332601*
   DENNIS ULM
   835 E GRANT DR
   DES PLAINES IL 60016-6259

   25
   34191

4. THREE OBJECTIONS to settlement –
   A. Why should the lawyers ALWAYS get the majority of the money PLUS COSTS ?? 20% plus costs is sufficient for doing what LITTLE they did because –
   B. BOTH the defendants and the LAWYERS should be penalized for taking OVER A YEAR to notify those affected by the breach when it should have been done within two months of the discovery. Instead, our financial identities were jeopardized and we STILL have to wait until court judgment authorizes credit monitoring. Free credit monitoring should have been offered within TWO MONTHS of the breach.
   C. September 2024 was the FIRST effort by Superior Air-Ground Ambulance Service to notify me that there was a breach. AGAIN, why did it take them over a year for notification PLUS, unlike OTHER company breaches, they offered NO free credit monitoring at that time.
5. No additional documents being submitted.
6. I will NOT appear at the Final Approval Hearing,
7. I am NOT represented by my own lawyer.
8. Your signature (a lawyer's signature is not sufficient).

THANK YOU.

*Dennis Ulm 1/3/25*

Dennis Ulm
835 East Grant Drive
Des Plaines, IL 60016-6259

CAROL STREAM IL 601

6 JAN 2025  PM 10 L

Superior Ambulance Settlement Administrator
Objections
P.O. Box 2913
Portland, OR 97208-2913

97208-291313