# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kirkston Spann II, et al.

                    Plaintiff,

v.                                   Case No.: 1:24−cv−04704
                                            Honorable Matthew F. Kennelly

Superior Air−Ground Ambulance Service, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic final approval hearing held on 4/2/2025. Plaintiffs' motion for final approval of class action settlement [40] is granted. Plaintiffs' motion for attorney fees [35] is also granted. Final approval order to follow. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.